Jay J. Schuttert, Esq. (SBN 8656)
Brody R. Wight, Esq. (SBN 13615)
EVANS FEARS SCHUTTERT MCNULTY
MICKUS
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: jshuttert@efsmmlaw.com
Email: bwight@efsmmlaw.com
*Attorneys for Defendants Kawasaki Motors
Corp., U.S.A. and Kawasaki Motors
Manufacturing Corp., U.S.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY PAUL COOLS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KAWASAKI MOTORS CORP., U.S.A., a Foreign Corporation; KAWASAKI MOTORS MANUFACTURING CORP, U.S.A, a Domestic Corporation; KAWASAKI HEAVY INDUSTRIES, LTD., a Foreign Corporation; KAWASAKI MOTORS, LTD., a Foreign Corporation; DOES I through X; ROE CORPORATIONS I through X; ROE MANUFACTURER I-V; ROE DISTRIBUTOR I-V inclusive,<br><br>Defendants, | Case No. 2:25-CV-02587-APG-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD SELLER AND TO REMAND [ECF NO. 23]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, IT IS HEREBY STIPULATED by and between Plaintiffs Jeffrey Paul Cools ("Plaintiff") and Defendants Kawasaki Motors Corp., U.S.A. and Kawasaki Motors Manufacturing Corp., U.S.A. *("Kawasaki")* (together, "the Parties")  that the deadline for Kawaski to file its Response to Plaintiff's motion for leave to amend complaint to add seller and to remand be extended to week until May 4, 2026 in the above-captioned matter. Plaintiff

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

filed the motion on April 8, 2026, and the deadline is currently April 22, 2026. This is the first request for an extension of time to file the Response.

Kawasaki is seeking to extend the deadline because its counsel is out of the jurisdiction attending multiple depositions the week of April 13-17 and is out of the country on vacation April 20-26. This stipulation is made in good faith and not for purposes of delay.

DATED : April 17, 2026.                         DATED: April 17, 2026

| EVANS FEARS SCHUTTERT MCNULTY MICKUS | BIGHORN LAW |
|---|---|
| */s/ Brody R. Wight*<br>JAY J. SCHUTTERT, ESQ. (SBN 8656)<br>BRODY R. WIGHT, ESQ. (SBN 13615)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendants Kawasaki Motors Corp., U.S.A. and Kawasaki Motors Manufacturing Corp., U.S.A.* | */s/ Alvin Jones*<br>ALVIN JONES, ESQ. (SBN: 16721)<br>KIMBALL JONES, ESQ. (SBN: 12982)<br>3675 W. Cheyenne Ave, Suite 100<br>North Las Vegas, Nevada 89032<br><br>*Attorneys for Plaintiff* |

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   April 20, 2026

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2026, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD SELLER AND TO REMAND [ECF NO. 23]** using the Court's CM/ECF System, which provided notice to counsel of record in this matter.

*/s/ Lena Linakis*
An Employee of EVANS FEARS SCHUTTERT MCNULTY MICKUS

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING