**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**ALVIN JONES, ESQ.**
Nevada Bar No. 16721
**BIGHORN LAW**
3675 W. Cheyenne Ave. Ste. 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: kimball@bighornlaw.com
Email: alvin@bighornlaw.com
*Attorneys for Plaintiff*

BIGHORN LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFERY PAUL COOLS, individually;

Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A., a Foreign Corporation; KAWASAKI MOTORS MANUFACTURING CORP, U.S.A, a Domestic Corporation; KAWASAKI HEAVY INDUSTRIES, LTD., a Foreign Corporation; KAWASAKI MOTORS, LTD., a Foreign Corporation; DOES I through X; ROE CORPORATIONS I through X; ROE MANUFACTURER I-V; ROE DISTRIBUTOR I-V inclusive,

Defendants.

Case No. 2:25−cv−02587−APG−BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS KAWASAKI HEAVY INDUSTRIES, LTD. AND KAWASAKI MOTORS, LTD.'S PARTIAL MOTION TO DISMISS**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, IT IS HEREBY STIPULATED by and between Plaintiff, JEFFERY PAUL COOLS ("Plaintiff"), and Defendants KAWASAKI HEAVY INDUSTRIES, LTD. AND KAWASAKI MOTORS, LTD. ("Defendants"), by and through their respective counsel of record, to continue the deadline for Plaintiff to file his Response to Defendants Kawasaki Heavy Industries, Ltd. and Kawasaki Motors, Ltd.'s Partial Motion to Dismiss [Dkt. No. 32], from July 23, 2026 to July 30, 2026. This is the first request for an extension of time to file Plaintiff's Response.

Counsel for Plaintiff requests an extension of the current deadline due to multiple depositions and court hearings scheduled during the week of the current deadline, as well as having been out of the office last week attending to personal matters. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of July 2026.

**BIGHORN LAW**

By: */s/ Alvin Jones*
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**ALVIN JONES, ESQ.**
Nevada Bar No. 16721
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorney for Plaintiff*

DATED this 22nd day of July 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

By: */s/ Brody R. Wright*
**JAY J. SCHUTTERT, ESQ. (SBN 8656)**
**BRODY R. WIGHT, ESQ. (SBN 13615)**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendants Kawasaki Motors Corp., U.S.A.; Kawasaki Motors Manufacturing Corp., U.S.A.; Kawasaki Heavy Industries, Ltd.; and Kawasaki Motors, Ltd.*

IT IS SO ORDERED:

Dated: July 23, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**BIGHORN LAW**

By: */s/ Alvin Jones*
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**ALVIN JONES, ESQ.**
Nevada Bar No. 16721
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorney for Plaintiff*

BIGHORN LAW